UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gerald Perkins, *et al.*,

    Plaintiffs,

    v.

American Spotting Company
of Ohio, Inc., *et al.*,

    Defendants.

Case No. 2:18-cv-54

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

On December 14, 2018, the Court notified Plaintiffs that none of the named Plaintiffs in this case had filed a written consent, and, thus, this putative collective action has not commenced despite the Complaint being filed approximately one year ago. ECF No. 25. The Court granted Plaintiffs fourteen days to either file written consents or move to amend the Complaint to assert only individual actions. *Id.* The Court warned that failure to take either response would result in dismissal of this case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41, without further notice.

Fourteen days have passed, and Plaintiffs have taken no action in this case. Accordingly, pursuant to Rule 41 and the Court's December 14 Order, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**